IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Arnold Evans,<br><br>          Plaintiff,<br><br>v.<br><br>MiniSoft Incorporated,<br><br>          Defendant. | No. CV-14-02023-PHX-GMS<br><br>**ORDER** |

The Court having received and considered the parties' stipulation of dismissal with prejudice (Doc. 19),

**IT IS HEREBY ORDERED** dismissing this matter with prejudice, each party to bear its own attorneys' fees and costs.

Dated this 3rd day of March, 2015.

_____
Honorable G. Murray Snow
United States District Judge